# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                      CASE NO.: 22-mj-05036-RES

JAMESON EDWARD SHAUGHNESSY
        Defendant.

# COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**SEXUAL EXPLOITATION OF A MINOR – PRODUCTION OF CHILD PORNOGRPAHY**
**[18 U.S.C. § 2251(a)]**

On or about 18th day of November, 2020, in the District of Kansas, the defendant,

**JAMESON EDWARD SHAUGHNESSY,**

used a minor to engage in sexually explicit conduct for the purpose of producing any

1

visual depiction of such conduct and the defendant knew and had reason to know that the visual depiction was produced and transmitted using material that had been mailed, shipped and transported in and affecting interstate commerce by any means, including by a computer, and the visual depiction was transported and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce, including by a computer.

In violation of Title 18, United States Code, Section 2251(a) with reference to Title 18 United States Code, Section 2251(e) and Title 18 United States Code, Section 2.

I further state that I am a Special Agent with the United States Department of Homeland Security, and that this Complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

CASSANDRA T LEE
Digitally signed by CASSANDRA T LEE
Date: 2022.05.13 17:08:27 -05'00'

Cassandra Lee
Special Agent
Department of Homeland Security

The foregoing subscribed and sworn to before me by telephone on this the 13th day of May, 2022, in accordance with Federal Rule of Criminal Procedure 4.1(b)(1).

_Rachel Schwartz_
RACHEL E. SCHWARTZ
United States Magistrate Judge
District of Kansas

# **PENALTIES**

**Count 1: 18 U.S.C. § 2251(a):**

- Punishable by a term of imprisonment of not less than fifteen (15) years and not to exceed thirty (30) years. 18 U.S.C. § 2252(e).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $35,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children has become final, the penalties are:

- Punishable by a term of imprisonment of not less than twenty-five (25) years and not to exceed fifty (50) years. 18 U.S.C. § 2251(e).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $35,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after two prior convictions relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children has become final, the penalties are:

- Punishable by a term of imprisonment of not less than thirty-five (35) years and not to exceed life. 18 U.S.C. § 2251(e).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $35,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.